IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |  |
|---|---|---|
| NATHANIEL (NATHAN) GADIEL ANTONOPLOS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | CIVIL ACTION NO. 2:24cv508-MHT (WO) |
| BRANDON STEWART, Dr., Ph.D., and TROY UNIVERSITY, Main Campus in Troy, AL, | ) ) ) ) | |
| Defendants. | ) | |

OPINION

Plaintiff filed this lawsuit asserting that a professor discriminated against him due to his religion by accusing him of plagiarism. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice for failure to prosecute. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 8th day of May, 2025.

                                        /s/ Myron H. Thompson
                                  **UNITED STATES DISTRICT JUDGE**